Charles C. Weller (SBN: 207034)
legal@cweller.com
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

Attorney for Plaintiff Paul Scheibe

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SCHEIBE, *on behalf of all those similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> PERFECT KETO GROUP LLC, *a Delaware limited liability company*, <br><br> Defendant. | No. 3:23-cv-00839-L-JLB <br><br> **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Paul Scheibe respectfully submits the following relevant judicial authority which was published after briefing on Defendant's motion to dismiss was released: *Deana Lozano v. Pruvit Ventures, Inc.*, No. 2:23-cv-04394-GW-SK (C.D. Cal. Oct. 10, 2023).

First, the *Pruvit* Order is relevant to Perfect Keto's assertion that the Complaint "does not identify with specificity which statements he supposedly relied upon when making his alleged purchase." Def.'s Memo. in Support of Mot.

-1-
PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

to Dismiss, at 1, 4-5. In the *Pruvit* case, the Court found that very similar allegations of reliance "adequately put Defendant on notice of the facts constituting the alleged fraud. Plaintiff has stated the who (Defendant), the what (the Products' statement "No Artificial Flavors"), the when (prior to her purchase …), the where (on the front label of the Products), and the how (the Products were deceptive because they actually contain DL malic acid)." Order at 18.

Second, like Perfect Keto here, Pruvit asserted that Scheibe lacks standing because the Complaint does not "allege any facts establishing when the unidentified item or substance was tested, by whom it was tested, or by what method the alleged testing supposedly 'confirmed' that the Product he purchased contains DL-malic acid." Memo. 5. Consistent with other courts, the *Pruvit* Court rejected that assertion, finding that very similar testing allegations were adequately pleaded. Order at 19.

Finally, like Perfect Keto here, Pruvit asserted that the UCL "unlawful" prong claim was impliedly preempted under *Nexus Pharmaceuticals, Inc. v. Central Admixture Pharmacy Services, Inc.,* 48 F.4th 1040 (9th Cir. 2022). But the *Pruvit* Court found that Plaintiff had adequately alleged violations under the FAL and CLRA that may serve as the predicate violations for her UCL unlawful claim. Order at 19. The same analysis applies here.

A copy of the *Pruvit* Order is attached hereto as Exhibit A.

Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller (SBN: 207034)
Attorney for Plaintiff

October 10, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this date, October 10, 2023, I caused the foregoing to be filed into the docket of this matter via the Clerk of Court's CM/ECF system, which filing caused service to be made on all counsel of record.

Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller (SBN: 207034)
Attorney for Plaintiff